Submitted January 30, affirmed February 20, 2020

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JAIME GARIBAY-ROMERO,
*Defendant-Appellant.*

Marion County Circuit Court
17CR31680, 18CR03502, 18CR21454;
A168025 (Control), A168026, A168540

457 P3d 1118

Mary Mertens James, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Meredith Allen, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Robert M. Wilsey, Assistant Attorney General, filed the brief for respondent.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Aoyagi, Judge.

PER CURIAM

Affirmed. *State v. Davis-McCoy*, 300 Or App 329, 454 P3d 48 (2019).